Anita Louise **HOFHEINS** (Carlgren), Respondent,

v.

Waymon Edward **HOFHEINS**, Appellant.

No. WD 33846.

Missouri Court of Appeals, Western District.

Aug. 16, 1983.

George E. Kapke, Independence, for appellant.

John W. Dennis, Jr., Independence, for respondent.

Before WASSESRSTROM, P.J., and KENNEDY and NUGENT, JJ.

### ORDER

PER CURIAM:

Appeal from denial of a motion for modification of dissolution decree and contempt motions.

Affirmed.   Rule 84.16(b).